**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BREYONA HOLT,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11954

Judge Jeffrey I. Cummings

Magistrate Judge Keri L. Holleb Hotaling

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | juncaiyuanlinmaoyi |
| 2 | Yanden Sihan |
| 3 | lumengmengjingpin |
| 4 | shengping ART |
| 5 | CHEN GEXIONG ART |
| 6 | liwenlinkart |
| 7 | Lime Trading |