Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-058**
**Effective Date of Registration:**
August 11, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Alycia Bella for Vogue

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Breyona Holt
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Breyona Holt
100 fernway drive, Fayetteville, GA, 30214, United States

## Rights and Permissions

**Name:** Breyona Holt
**Email:** info@exquisite-eye.com
**Address:** 100 fernway drive
Fayetteville, GA 30214 United States

## Certification

**Name:** David Denholm
**Date:** August 11, 2025
**Applicant's Tracking Number:** BH2025081101

